No. 634.   WHEELER ET AL. v. MONTGOMERY, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE OF CALIFORNIA, ET AL. Appeal from D. C. N. D. Cal.   Probable jurisdiction noted.   The Solicitor General is invited to file a brief expressing the views of the United States.   *Charles*

*Stephen Ralston* for appellants. *Thomas C. Lynch,* Attorney General of California, *Richard L. Mayers* and *Elizabeth Palmer,* Deputy Attorneys General, and *Thomas M. O'Connor* for appellees. *Martin Garbus* for Roger Baldwin Foundation of the American Civil Liberties Union et al. as *amici curiae* in support of the petition. ▮